

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 3:24-cr-005 |
| | ) |
| VINCENT HOPSON, | ) Receipt of Child Pornography |
| | ) (18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1)) |
| Defendant. | ) |
| | ) Forfeiture Notice |
| | ) (18 U.S.C. § 2253) |

## CRIMINAL INFORMATION

### Count One
### Receipt of Child Pornography

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about September 20, 2021, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, VINCENT HOPSON, knowingly received any child pornography, as defined in Title 18, United States Code, Section 2256(8), to wit, one or more digital files contained on a Western Digital My Passport Hard Drive, serial number WX21D57NE0XX, that had been mailed, shipped and transported by any means and facility of interstate and foreign commerce, including by computer, and that had been shipped and transported using any means and facility of interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 2252A(a)(2)(A) and (b)(1)).

### FORFEITURE ALLEGATION

Pursuant to Rule 32.2 Fed. R. Crim. P., the defendant is hereby notified that upon conviction of the offense alleged in Count One of this Information, he shall forfeit to the United States his interest in any visual depiction produced, transported, mailed, shipped, or received in

violation of Title 18, United States Code, Sections 2251 *et seq.*, and any property, real or personal, used or intended to be used to commit or promote the commission of such offense. (In accordance with Title 18, United States Code, Section 2253).

Jessica D. Aber
United States Attorney

By: *Heather Mansfield*
Heather Hart Mansfield
Assistant United States Attorney