IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 3:24-CR-005 |
| ) | |
| VINCENT HOPSON, ) | |
| ) | |
| *Defendant*. ) | |

**MOTION FOR AN ADDITIONAL ONE-LEVEL REDUCTION
FOR ACCEPTANCE OF RESPONSIBILITY**

The United States of America, by and through its undersigned attorneys, moves this Court pursuant to U.S.S.G. § 3E1.1(b) to grant an additional one-level reduction in the offense level for acceptance of responsibility. The government states that the defendant has assisted authorities in the investigation and prosecution of his own misconduct by timely notifying the United States of the defendant's intention to enter a plea of guilty, thereby permitting the United States to avoid preparing for trial and permitting the United States and the Court to allocate resources efficiently.

Respectfully Submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____/s/_____
Heather Hart Mansfield
Virginia Bar Number 83957
Assistant United States Attorney
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, VA  23219
Phone:  (804) 819-5400
Fax:  (804) 771-2316
Heather.H.Mansfield@usdoj.gov

1