**CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA: RICHMOND DIVISION**

| | |
|---|---|
| JUDGE: ROBERT E. PAYNE | DOCKET NO. 3:24-CR-005 |
| REPORTER: KRISTA LISCIO, OCR | DATE: MAY 23, 2024 |

# SENTENCING

| UNITED STATES OF AMERICA | COUNSEL |
|---|---|
| v. | |
| VINCENT HOPSON | NOAH DAVID WEISBERG |

**APPEARANCES:** GOVERNMENT    HEATHER HART MANSFIELD    (✓)
DEFENDANT WITH COUNSEL (✓)   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )   WAIVER OF APPEARANCE FILED ( )
INTERPRETER _____ ( )

**BAIL STATUS OF DEFENDANT:**   ON BOND ( )   INCARCERATED (✓)

**SENTENCING ON COUNT(S):** ONE
(✓) Criminal Information
( ) Indictment   ( ) Superseding Indictment

**PRELIMINARY MATTERS:** COURT DIRECTING COUNSEL TO JUSTIFY RESTITUTION – GOVERNMENT TO FILE BRIEF BY JUNE 25, 2024, DEFENDANT TO RESPOND BY JULY 16, 2024, GOVERNMENT TO REPLY AUGUST 13, 2024; COURT DEFERRING RESTITUTION ORDER; DEFENDANT'S MOTION FOR DOWNWARD VARIANCE (ECF 26) GRANTED; GOVERNMENT'S MOTION FOR ACCEPTANCE OF RESPONSIBILITY (ECF 20) GRANTED; DEFENDANT'S APPEARANCE WAIVED AT RESTITUTION HEARING (IF HELD)

**OBJECTIONS TO PSR:** NONE; ACCEPTED & ADOPTED, FILED AS TENDERED – UNDER SEAL

**STATEMENTS MADE BY:** GOVERNMENT (✓)  DEFENSE COUNSEL (✓)  DEFENDANT (✓)

**ON MOTION OF GOVERNMENT:**   ( ) INDICTMENT DISMISSED.
( ) REMAINING COUNTS DISMISSED.

**DEFENDANT TO VOLUNTARILY REPORT TO DESIGNATED INSTITUTION**

ON: _____ BY: _____ A.M. / P.M.
( ) IF NO DESIGNATION MADE, REPORT TO U.S. MARSHAL IN RICHMOND

DEFENDANT ADVISED OF RIGHT OF APPEAL within 14 days of today   (✓)

DEFENDANT REMANDED TO CUSTODY   (✓)

CASE SET: **11:30 A.M.**   BEGAN: **11:34 A.M.**   ENDED: **1:09 P.M.**   TIME IN COURT: **1 HR. 35 MINS.**

CJA TIME: **N/A**

PAGE TWO (2)

**SENTENCE TEXT**

**COUNT** __ONE__    IMPRISONMENT ___60___ MOS.   CONCURRENT ( )   CONSECUTIVE ( )

CREDIT FOR TIME SERVED ON THIS CHARGE ( )

SUPERVISED RELEASE ___7___ YEAR(S)

PROBATION _____ YEAR(S)

FINE $___100,000___   ( ) Fine not imposed
*$5,000 victim assessment + $35,000 victim fine
SPECIAL ASSESSMENT $___100___ due immediately

**COUNT** _____    IMPRISONMENT _____ MOS.   CONCURRENT ( )   CONSECUTIVE ( )

SUPERVISED RELEASE _____ YEAR(S)   CONCURRENT ( )

PROBATION _____ YEAR(S)   CONCURRENT ( )

FINE $_____   ( ) Fine not imposed

SPECIAL ASSESSMENT $_____ due immediately

**COUNT** _____    IMPRISONMENT _____ MOS.   CONCURRENT ( )   CONSECUTIVE ( )

SUPERVISED RELEASE _____ YEAR(S)   CONCURRENT ( )

PROBATION _____ YEAR(S)   CONCURRENT ( )

FINE $_____   ( ) Fine not imposed

SPECIAL ASSESSMENT $_____ due immediately

**CONSENT ORDER OF FORFEITURE MADE A PART OF JUDGMENT IN CASE** ( ✓ )

**RESTITUTION ORDERED:** WILL INCORPORATE AT LATER TIME AFTER BRIEFING; ORDER TAKEN UNDER ADVISEMENT

**RECOMMENDATION(S) TO BOP:**
( ) Designate defendant to a facility near family    ( ) Designate defendant to _____ FCI
( ) SHOCK Incarceration Program    ( ) BRAVE Program
( ) Educational / Vocational training    ( ) BOP 500-hr intensive drug treatment program
( ) UNICOR program  ( ) with _____ portion of earnings directed to child support

( ✓ ) OTHER: Court recommending defendant receive treatment at Butner-FCI; defendant's oral motion to be housed at Petersburg-FCI left up to BOP

**PAGE THREE (3)**

## SPECIAL CONDITIONS of Probation / Supervised Release:

_____(1) Incur no new credit without approval of probation officer
\_\_✓\_\_(2) Provide probation officer with access to financial information
_____(3) Perform community service _____ HOURS during period of supervision
_____(4) Participate in drug/alcohol treatment; _____ Pay cost of treatment
\_\_✓\_\_(5) Participate in mental health treatment; _____ Pay cost of treatment
 _____ Participate in anger management
 \_\_✓\_\_ Participate sex offender treatment
_____(6) Participate in home confinement program for _____ with monitoring
 _____ Permitted to work, attend church, or other approved activities
 _____ Shall not maintain any devices or services that may interfere with proper functioning of electronic monitoring equipment
 _____ Maintain telephone without special features; no cordless phone
 _____ Pay costs of electronic monitoring
_____(7) Placement in a Community Confinement Center for _____ (term)
_____(8) Defendant to be surrendered to BICE for deportation proceedings
 _____ If deported, defendant to remain outside the United States
\_\_✓\_\_(10) Mandatory drug testing waived
 \_\_✓\_\_ Probation officer may still administer drug test if deemed appropriate
_____(11) Pay child support in amount ordered by social services or Court
_____(13) Serve intermittent confinement on weekends for a period of _____ DAYS
_____(14) No possession of pager, cellular telephone, or other handheld communication device
\_\_✓\_\_(15) Defendant shall pay any balance owed on the S/A imposed by the Court
 \_\_✓\_\_ Pay in installments of not less than $\_\_1,000\_\_ per month [ \_\_\_\_\_ or 25% of gross monthly income, whichever is greater] to begin 60 days after start of supervision until paid in full
\_\_✓\_\_(16) Waive all rights of confidentiality regarding mental health treatment (or other treatment) to allow release of information to Probation, etc.
_____(17) Commencing _____, and continuing for _____, defendant may operate a motor vehicle only for purposes of work and court, including travel to the Probation Office and alcohol treatment program
\_\_✓\_\_(18) Defendant to apply monies received from tax refunds, lottery winnings, settlements, and any anticipated or unexpected financial gains to the Court-ordered financial obligation

\_\_✓\_\_(---) **Other special conditions:**

> No contact w/ minor unless adult is present and aware of defendant's conviction; prohibited from contact w/ children in public places, no physical contact w/ minors, prohibited from loitering 100 yards in areas w/ children or working w/ children; must register as sex offender; submit to search of person and electronic devices; not view depiction of juveniles in any form & disclose to p.o. all devices; shall permit random inspections to ensure compliance; shall notify employer of nature of conviction; shall notify p.o. of employment; shall not use social networking forums; shall install monitoring device on electronics & warn others